UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


OPAL C. GLOVER,

     Plaintiff,

v.                                     Case No. 8:22-cv-2528-CPT

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____/


**O R D E R**

     Before the Court is Defendant Commissioner's unopposed motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 17). According to the Commissioner, such a remand is necessary so:

> the Administrative Law Judge [can] offer [the] Plaintiff an opportunity for a hearing; evaluate the nature, severity, and limiting effects of [the] Plaintiff's right shoulder impairment; further evaluate the nature, severity, and limiting effects of [the] Plaintiff's bilateral carpal tunnel syndrome; further evaluate the opinion evidence; further evaluate the prior administrative findings; further evaluate the residual functional capacity; obtain supplemental evidence from a vocational expert; and issue a new decision.

(Doc. 17). The Commissioner represents that the Plaintiff does not object to this request for a remand. *Id.*

Sentence four of section 405(g) provides that a "court shall have [the] power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).  In a sentence four remand, the appropriate procedure is for a court to enter a final judgment in the claimant's favor. *Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

In light of the above, it is hereby ORDERED:

1.     The Commissioner's unopposed motion to remand this case (Doc. 17) is granted.

2.     The Commissioner's decision is reversed, and the case is remanded for further proceedings before the SSA consistent with this Order.

3.     The Clerk of Court is directed to enter Judgment in the Plaintiff's favor and to close the case.

SO ORDERED in Tampa, Florida, this 2nd day of March 2023.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

2